**Order filed, April 30, 2014.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-13-00995-CV**
_____

**JOHN TERMEER, Appellant**

**V.**

**RAMON MARTINEZ AND WENONA MARTINEZ, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-00604**

## ORDER

The reporter's record in this case was due **November 15, 2013**. *See* Tex. R. App. P. 35.1. On **January 03, 2014**, this court ordered the court reporter to file the record within 30 days. Also on **January 03, 2014 Michelle Tucker** informed this court that payment arrangements had not been made for preparation of this record. On **January 22, 2014**, the court reporter filed an extension stating that payment arrangements had been made which was GRANTED IN PART until **February 21,**

**2014**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Michelle Tucker** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM